

[No. 47545-2-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02723-2, Dean Scott Lum, J., entered September 18, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47546-1-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK E. RUSSELL, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 10, 2002. Substitute opinion filed. See 112 Wn. App. 1007.

[No. 47592-4-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE RAUL VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07233-0, Bruce W. Hilyer, J., entered October 13, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 47634-3-I. Division One. January 22, 2002.]

CYNTHIA KRUCHEK, ET AL., *Appellants*, v. SEDRO WOOLLEY SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-2-00503-5, Michael E. Rickert, J., entered October 20, 2000. *Reversed* by unpublished opinion per Baker, J., concurred in by Kennedy and Cox, JJ.